**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 9, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00092-CV

_____

## KENSINGTON COMMONS PARTNERS LP, Appellant

## V.

## FEMINA FIT, INC. AND RICHARD D. WILLIAMS, Appellees

**On Appeal from the 400th District Court
Fort Bend County, Texas
Trial Court Cause No. 17-DCV-241510A**

## MEMORANDUM OPINION

This is an appeal from a judgment signed January 14, 2022. On June 30, 2022, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). The motion is granted.

We reinstate and dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Spain.